# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EZEKIEL DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-16-462-PRW |
| GEO GROUP CORRECTIONS, INC. (AMBER MARTIN, V.P.), et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On April 2, 2019, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that Plaintiff's claims and action against Defendant Cain be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by April 23, 2019. A review of the file reveals plaintiff has filed no objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation (Dkt. 150) issued by the Magistrate Judge on April 2, 2019, and

(2) DISMISSES Plaintiff's claims and action against Defendant Cain without prejudice.

**IT IS SO ORDERED this 7th day of May, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE