## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EZEKIEL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-462-PRW |
| | ) | |
| GEO GROUP CORRECTIONS, | ) | |
| INC. (AMBER MARTIN, V.P.), | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 3, 2019, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended the denial of Plaintiff's motions for default judgment (Dkts. 111, 112, and 113). Plaintiff was advised of his right to object to the Report and Recommendation by April 24, 2019. A review of the file reveals plaintiff has filed no objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation (Dkt. 151) issued by the Magistrate Judge on April 3, 2019, and

(2) DENIES Plaintiff's motions for default judgment (Dkts. 111, 112, and 113).

**IT IS SO ORDERED this 7th day of May, 2019.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE